UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **FRANK RUKSZNIS,** ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | |
| v. ) | **CIVIL NO. 1:12-CV-263-DBH** |
| ) | |
| **ARGONAUT INSURANCE** ) | |
| **COMPANY,** ) | |
| ) | |
| **DEFENDANT** ) | |

### ORDER AFFIRMING RECOMMENDED DECISION
### OF THE MAGISTRATE JUDGE

On October 3, 2013, the United States Magistrate Judge filed with the court, with copies to counsel, her Recommended Decision on Cross-Motions for Summary Judgment. The plaintiff filed an objection to the Recommended Decision on October 17, 2013. I held oral argument on November 14, 2013.

I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendant's motion for summary judgment is **GRANTED** and the plaintiff's motion for summary judgment is **DENIED**.

**SO ORDERED.**

**DATED THIS 18TH DAY OF NOVEMBER, 2013**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**